**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| CARRIE E. EDWARDS | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION No. 08-00743-KD-B |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| Commissioner of Social | * | |
| Security, | * | |
| | * | |
|     Defendant. | * | |

**ORDER**

This matter is before the Court on Plaintiff's Motion To
Proceed Without Prepayment Of Fees (Doc. 1).   A review of
Plaintiff's motion indicates additional information is needed in
order to accurately assess how Plaintiff is providing for her basic
necessities.   Plaintiff reports that she is unemployed, owns no
property, and has $5 in the bank.   Plaintiff also reports that she
received $637 in the past 12 months in tax refunds, Veteran
benefits or social security benefits, and that she does not receive
welfare.   Plaintiff does not indicate how she provides for basic
living needs such as food, clothing and shelter.   (Id).

Therefore, upon consideration of Plaintiff's motion, Plaintiff
is **ORDERED** to submit, by **January 16, 2009**, an amended motion that
provides specific detail as to how Plaintiff is providing for basic
necessities such as food, clothing and shelter.   To the extent
Plaintiff is receiving assistance from family members, she is
directed to indicate the total amount and the source of such

assistance.

DONE this **5th** day of **January, 2009.**

_____/s/ SONJA F. BIVINS_____
**UNITED STATES MAGISTRATE JUDGE**
